IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| VANCE GOOD, | * | |
| | * | 1:09-cv-28 RP-RAW |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| MICHAEL J. ASTRUE Commissioner of Social Security, | * | |
| | * | |
| | * | ORDER SETTING |
| Defendant. | * | BRIEFING SCHEDULE |
| | * | |

The following is HEREBY ORDERED:

(1) Plaintiff shall, on or before November 23, 2009, file her brief in support of his appeal.

(2) Defendant shall file his responsive brief on or before the 45th day after Plaintiff files his brief.

(3) Plaintiff shall have to and including the 10th day after Defendant files his brief within which to file a reply brief.

(4) Neither party shall file a motion for summary judgment because such a motion is not necessary in a social security appeal.

Upon timely filing of the reply brief or expiration of the time for doing so, the matter shall stand submitted.

Dated this ___23rd___ day of October, 2009

ROBERT W. PRATT, Chief Judge
U.S. DISTRICT COURT